# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CURTIS OLSON, | : |
| *Plaintiff,* | : |
| v. | : Case No. 1:23-cv-189 |
| STATE FARM FIRE & CASUALTY CO., | : Judge Jeffery P. Hopkins |
| *Defendant.* | : |

## ORDER OF DISMISSAL

The Court has been advised by the parties that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: April 17, 2025

Hon. Jeffery P. Hopkins
United States District Judge